Winston Maurice Brown, In Pro Se
38372 Innovation Ct. Ste#103
Murrieta, Ca. 92563
mauricewb1@mail.com
951-407-5553



FILED
CLERK, U.S. DISTRICT COURT

SEP 20 2023

CENTRAL DISTRICT OF CALIFORNIA
BY  EEE  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Winston Maurice Brown, In Pro Se<br><br>Plaintiff(s),<br>v.<br>Lafayette Federal Credit Union et al.<br><br>Defendant(s). | CASE NUMBER<br>5:23-cv-01646-ODW-Sp<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

09/13/2023
Date

*Signature of Attorney/Party*

NOTE: **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*



US District Court
Central District Of
California Office
Of The Clerk
255 east Temple street
Room 180
Los angeles, Cal. 9001[?]



Winston Maurice Brown
38372 Innovation Ct. Ste #103
Murrieta, Ca. 92562